UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION
                                et al.
                        *Plaintiff*

v.                                                Civil Action No.  2:24-cv-11443

LIGHTHOUSE LIST COMPANY, LLC
                                et al.
                        *Defendant*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is
required to be filed by any non-government corporate party, including those seeking to
intervene.

*r*    The undersigned counsel certifies that    ·DEFENDANT LIGHTHOUSE LIST_CO., LLC ,
       is a non-governmental ~~corporation~~ and that:
                        LIMITED LIABILITY COMPANY

☐    This party's parent corporation, and all publicly held corporations owning 10% or
     more of this party's stock, are listed here:

_____

_____

_____

### OR

☒    This party does not have a parent corporation, nor is there any publicly held corporation
     that owns 10% or more of this party's stock.


Signature of Attorney
STARR GERN DAVISON & RUBIN
105 EISENHOWER PARKWAY, SUITE 401

Address

ROSELAND , NEW JERSEY 07068
City/State/Zip

12/23/2024
Date