# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE LIST COMPANY, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CIVIL ACTION<br><br>CASE NO. 1:24-cv-11443<br><br>**MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Motion Day:  February 3, 2025 |

## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that, on February 3, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Lighthouse List Company, LLC ("Lighthouse List"), shall move before The Honorable Harvey Bartle III, United States District Judge, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, to dismiss, with prejudice, Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss") on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, *et seq.*, and 56:8-166.1, is facially unconstitutional.

**PLEASE TAKE FURTHER NOTICE** that, per the parties' January 3, 2025 telephonic conference with the Court (*see* Dkt. No. 5) and this Court's follow-on Order of January 3, 2025 (*see* Dkt. No. 6, ¶ 3), by bringing the Motion to Dismiss, Lighthouse List does not waive any other defenses, including based on lack of personal jurisdiction.

1

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion to Dismiss and consistent with the Court's January 3, 2025 Order (*see id.* at ¶ 2), Lighthouse List relies on, and adopts as if filed in the instant proceeding, the briefing that various other defendants in other Daniel's Law cases before this Court filed in support of a materially identical motion to dismiss. In particular, Lighthouse List relies on and adopts the briefing and related exhibits available at Docket Numbers 27, 54, and 68 in the action captioned *Atlas Data Privacy Corp. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J.). Lighthouse List stands ready to re-file the briefing at the Docket Numbers referenced above if the Court so directs..

    Respectfully submitted,

    s/ Ronald L. Davison
        Ronald L. Davison

    Ronald L. Davison, Esq.
    Starr, Gern, Davison & Rubin, P.C.
    105 Eisenhower Parkway, Suite 401
    Roseland, NJ 07068-1640
    Tel: 973-403-9200 Ext. 226
    Fax: 973-226-0031
    Email: rdavison@starrgern.com

    Jacob Sommer (*pro hac vice* forthcoming)
    ZwillGen PLLC
    1900 M Street NW, Suite 250
    Washington, DC 20036
    Tel: 202-706-5205
    Jake@zwillgen.com

Dated: January 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, the foregoing was filed electronically. Notice of this filing will be sent to the below listed attorneys of record by operation of the Court's electronic filing system, and via e-mail. The parties may access this filing through the Court's electronic filing system.

**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**MORGAN & MORGAN**
John A. Yanchunis
Ryan J. McGee
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

/s/ Ronald L. Davison
Ronald L. Davison