## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>LIGHTHOUSE LIST COMPANY, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>  Defendants. | CIVIL ACTION<br><br>CASE NO. 1:24-cv-11443<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF OUT-OF-STATE COUNSEL SUDHIR RAO, ESQ. FOR DEFENDANT LIGHTHOUSE LIST CO., LLC.**<br><br>[Local Civil Rule 101.1] |

To:   The Clerk of Court

  **PEM LAW LLP**
  Rajiv D. Parikh (032462005)
  Kathleen Barnett Einhorn (040161992)
  Jessica A. Merejo (288592020)
  1 Boland Drive, Suite 101
  West Orange, NJ 07052
  Tel.: (973) 577-5500
  rparikh@pemlawfirm.com
  keinhorn@pemlawfirm.com
  jmerejo@pemlawfirm.com

  **MORGAN & MORGAN**
  John A. Yanchunis
  Ryan J. McGee
  201 N. Franklin Street, 7th Floor
  Tampa, FL 33602
  Tel.: (813) 223-5505
  jyanchunis@forthepeople.com
  rmcgee@forthepeople.com

1

PLEASE TAKE NOTICE that, pursuant to L. Civ. R. 101.1, Lighthouse List Company, LLC, by and through its counsel, Starr, Gern, Davison & Rubin, P.C., hereby moves before the United States District Court for the District of New Jersey for an order admitting *pro hac vice* out-of-state attorney Sudhir Rao, Esq., to appear and represent the said defendant in this action, and that a hearing on that motion is scheduled on February 3, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable Harvey Bartle, III at the United States Courthouse in Camden, New Jersey.

PLEASE TAKE FURTHER NOTICE that in support of the motion, the movant relies upon the accompanying declarations of attorneys Sudhir Rao, Esq. and Ronald L. Davison, Esq.

Respectfully submitted,

s/*Ronald L. Davison*

_____

Ronald L. Davison, Esq.
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel: 973-403-9200 Ext. 226
Email: rdavison@starrgern.com

*Attorney for Lighthouse List Co., LLC*

Dated: January 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, the foregoing was filed electronically. Notice of this filing will be sent to the below listed attorneys of record by operation of the Court's electronic filing system, and via e-mail. The parties may access this filing through the Court's electronic filing system.

**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**MORGAN & MORGAN**
John A. Yanchunis
Ryan J. McGee
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

/s/ Ronald L. Davison
Ronald L. Davison