| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh (032462005)<br>Kathleen Barnett Einhorn (040161992)<br>Jessica A. Merejo (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, NJ 07052<br>Tel.: (973) 577-5500<br>rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br>jmerejo@pemlawfirm.com | **FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**<br>Rahul Agarwal (365832024)<br>Sofia Syed (*pro hac vice* to be filed)<br>1 Gateway Center<br>Newark, NJ 07102-5311<br>Tel.: (973) 877-6400<br>ragarwal@fklaw.com<br>ssyed@fklaw.com |
| *Attorneys for Plaintiffs*<br>*Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Patrick Colligan,*<br>*Jane Doe-1 and Jane Doe-2,*<br>*both law enforcement officers* | **MORGAN & MORGAN**<br>John A. Yanchunis (*pro hac vice* to be filed)<br>Ryan J. McGee (*pro hac vice* to be filed)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, PATRICK COLLIGAN, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE LIST COMPANY, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | **Civ. Action No.: 1:24-cv-11443-HB**<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is

hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as

assignee of individuals who are Covered Persons, Patrick Colligan, Jane Doe-1 and Jane Doe-2, both law enforcement officers, in the above-captioned action.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Jessica A. Merejo*
JESSICA A. MEREJO

Dated: April 10, 2025