**O'TOOLE SCRIVO, LLC**
James DiGiulio, Esq. (013582006)
14 Village Park Road
Cedar Grove, NJ 07009
(973) 239-5700
*Attorneys for Defendant,*
*Lighthouse List Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE LIST COMPANY, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civ. Action No. 1:24-cv-11443-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that James DiGiulio, Esq., of the law firm O'Toole Scrivo, LLC, hereby enters an appearance as counsel in the above-captioned matter on behalf of Defendant, Lighthouse List Company, LLC. Kindly include the undersigned on all future correspondence and electronic notifications.

Dated: February 9, 2026     **O'TOOLE SCRIVO, LLC**
*Attorneys for Defendant,*
*Lighthouse List Company, LLC*

By: */s/ James DiGiulio*
      James DiGiulio