# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN<br><br>               Plaintiffs,<br><br>   v.<br><br>LIGHTHOUSE LIST CO., LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>               Defendants. | Civil Action No. 1:24-cv-11443-HB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe 1, Jane Doe 2, and Patrick Colligan (collectively, "Plaintiffs"), and Defendant Lighthouse List Co., LLC ("Defendant" and, together with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree that Plaintiffs hereby dismiss the above-referenced action with prejudice and without costs.

The Parties agree that this Court shall retain jurisdiction over them for purpose of enforcing the terms of the agreement.

Defendant hereby withdraws the Motion to Dismiss Plaintiffs' Second Amended Complaint it filed on March 18, 2025 (ECF No. 17).

Respectfully submitted,

| | |
|---|---|
| /s/ Jessica A. Merejo | /s/ James DiGiulio |
| Rajiv D. Parikh | James DiGiulio (013582006) |
| Kathleen Barnett Einhorn | |
| Jessica A. Merejo | |
| **PEM LAW LLP** | **O'TOOLE SCRIVO, LLC** |
| 1 Boland Drive, Suite 101 | 14 Village Park Road |
| West Orange, New Jersey 07052 | Cedar Grove, New Jersey |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Lighthouse List Co., LLC* |

Dated: February 17, 2026